Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Nate L. Dilger (Bar No. 196302)
ndilger@onellp.com
**ONE LLP**
535 Anton Boulevard, Suite 850
Costa Mesa, California 92626
Telephone: (714) 434-8750
Facsimile: (714) 434-8756

JS-6

Attorneys for Plaintiff Network Signatures, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| Network Signatures, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Fidelity Investments, <br><br> Defendant. | Case No. SACV 09-376 JVS (RNBx) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS SO ORDERED:

Good cause being shown, all claims or causes of action asserted in this suit between Plaintiff, Network Signatures, Inc. and Defendant, Fidelity Investments Institutional Services Company, Inc., are hereby dismissed with prejudice.

It is further ordered that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: November 30, 2009

_____
Hon. James V. Selna
United States District Judge

15801.1